# BADGLEY ~ MULLINS
## LAW GROUP
PLLC

C12-2091 JCC

Christina Limon
Direct Dial: (206) 621-6574
climon@badgleymullins.com
www.badgleymullins.com

November 29, 2012

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

NOV ? ? 2012   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

**VIA LEGAL MESSENGER**

U.S. District Court
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

**RE: Maria Uchytil, on behalf of the United States of America v. Avanade, Inc. et al.**

Dear Clerk:

Enclosed for filing please find the Civil Coversheet and Complaint for the above referenced matter. Please note that this is a *qui tam* case, therefore, the complaint must be filed under seal.

If you have any questions, please feel free to contact our office.

Very truly yours,

BADGLEY~MULLINS LAW GROUP

*s/Christina Limon*

Christina Limon
Paralegal

CL
Enclosure

12-CV-02091-LTR