Honorable John C. Coughenour
on reference to
Honorable James P. Donohue

FILED / LODGED       ENTERED / RECEIVED

NOV 05 2014    LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

**FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA UCHYTIL, an individual, and JEAN DeFOND, an individual, on behalf of the United States of America,<br><br>Plaintiffs/Relators,<br><br>v.<br><br>AVANADE INC., a Washington corporation, AVANADE FEDERAL SERVICES LLC, a Delaware limited liability company, and AVANADE HOLDINGS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:2:12-cv-002091 JCC<br><br>RELATORS' EX PARTE PROPOSED PROTOCOL FOR DEALING WITH ISSUES RAISED BY RELATORS' EX PARTE SEALED MOTION REQUESTING COURT'S GUIDANCE<br><br>Note for Consideration: November 5, 2014 |

Relators Maria Uchytil and Jean DeFond ("DeFond")[1] filed an ex parte motion under seal requesting the Court's guidance on dealing with contested confidential and privileged documents and communications. *Motion, Docket No. 15.* The Court, Hon. John C. Coughenour, referred the motion to Magistrate Judge James P. Donohue for consideration.

---

[1] Maria Uchytil is the relator in the original Complaint filed in this action. After the Court permitted Ms. Uchytil to communicate with Jean DeFond and to share the Complaint with her, Ms. DeFond furnished facts that provide the basis for the First Amended Complaint that names her as an additional Relator. The FAC was then filed under seal but has not yet been served on the United States.

RELATORS' PROPOSED PROTOCOL - 1
Case No.: 2:12-cv-002091

SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC
66 S. HANFORD ST., SUITE 300
SEATTLE WA 98134
(206) 448-8100 FAX (206) 448-8514

*Docket No. 16.* At Judge Donohue's direction, the Court issued a Minute Order directing counsel for the Relators and the United States to appear at a hearing on the Motion on October 29, 2014. *Docket No. 17.* The undersigned counsel for the Relators ("Relators' Counsel") and counsel for the United States Harold Malkin ("Government Counsel") appeared at the hearing at which Judge Donohue outlined a series of steps to be taken to resolve the issues raised by the Motion and directed the Relators to file under seal a proposed protocol setting forth the steps in more detail. Relators are filing this Proposed Protocol under seal in response to the Court's direction.

1. DeFond shall preserve all documents in her possession obtained during her employment with Avanade Federal Services, LLC.

2. From that universe of documents, DeFond shall select those documents that deal with the subjects and issues presented in the complaints filed in this action. She will keep a record of the search terms or other means used to select the documents and will Bates number that sub-set of documents ("Relevant Documents").

3. From the Relevant Documents, DeFond shall select those documents she would like to share with Government Counsel ("Selected Documents") and shall prepare a reverse privilege log, identifying the Selected Documents by Bates' number and setting forth pertinent details about the documents and reasons why DeFond believes the documents are not protected from disclosure by the attorney-client privilege or other grounds ("Reverse Privilege Log").

4. DeFond may share the Selected Documents with Relators' Counsel for the purpose of refining the Reverse Privilege Log.

5. Relators' Counsel shall deliver the Selected Documents and the Reverse Privilege Log to Judge Donohue for review and consideration *in camera*.

RELATORS' PROPOSED PROTOCOL - 2
Case No.: 2:12-cv-002091

SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC
66 S. HANFORD ST., SUITE 300
SEATTLE WA 98134
(206) 448-8100 FAX (206) 448-8514

6. Judge Donohue will decide whether the Selected Documents can be disclosed to Government Counsel or whether the Defendants to this action shall be afforded an opportunity to respond to the Reverse Privilege Log with reasons why the Selected Documents should not be disclosed. The Court will issue an order filed under seal with the Court's decision.

7. If the Court decides to seek input from the Defendants, the Court shall first seek input from Relators' Counsel and Government Counsel on how to notify the Defendants, specifically addressing the issue of whether the seal of this case should be partially lifted for that limited purpose.

8. The process set forth in this Proposed Protocol shall be expedited.

9. The Court will use this Proposed Protocol as the basis for and will enter an Order Responding to Relators' Ex Parte Sealed Motion Requesting Court's Guidance.

DATED this 5th day of November, 2014.

SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC

_____
Mark K. Davis, WSBA No. 38713
Robert L. Olson, WSBA No. 5496
SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC
66 S. Hanford Street, Suite 300
Seattle, Washington, 98134
Telephone: (206) 448-8100
Facsimile: (206) 448-8514
mkd@soslaw.com
rlo@soslaw.com

RELATORS' PROPOSED PROTOCOL - 3
Case No.: 2:12-cv-002091

SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC
66 S. HANFORD ST., SUITE 300
SEATTLE WA 98134
(206) 448-8100 FAX (206) 448-8514