Honorable John C. Coughenour
on Reference to
Honorable James P. Donohue

**FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. MARIA UCHYTIL, et.al.,<br><br>Plaintiffs/Relators,<br><br>v.<br><br>AVANADE INC., a Washington corporation, AVANADE FEDERAL SERVICES LLC, a Delaware limited liability company, and AVANADE HOLDINGS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. C12-2091 JCC<br><br>**NOTICE OF PRODUCTION UNDER SEAL OF DOCUMENTS FOR *IN CAMERA* REVIEW IN RESPONSE TO COURT ORDER ON RELATORS' *EX PARTE* MOTION REQUESTING GUIDANCE ON DEALING WITH CONTESTED CONFIDENTIAL AND PRIVILEGED DOCUMENTS AND COMMUNICATIONS AND PROPOSED PROTOCOL** |

On this 29th day of December, 2014, Relators produced under seal to the chambers of the Honorable James P. Donohue a Reverse Privilege Log and the underlying documents referenced in the Log, in both hard copy and digital format, as required by the Court's Order referenced in the heading above dated November 14, 2012 (Dkt. 25) for review and consideration *in camera* by Judge Donohue. Pursuant to instructions from Judge Donohue's courtroom deputy, neither the Log nor the documents are being filed with the court.

Dated this 29th day of December, 2014.

Case No.: 2:12-cv-002091

**ORIGINAL**

SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC
66 S. Hanford St., Suite 300
Seattle WA 98134
(206) 448-8100 Fax (206) 448-8514

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC

BY: _____
     Mark K. Davis (WSBA # 38713)
     Robert L. Olson (WSBA # 5496)
     Schlemlein Goetz Fick & Scruggs, PLLC
     66 S. Hanford Street, Suite 300
     Seattle, WA 98134
     Telephone: 206-448-8100
     mkd@soslaw.com
     rlo@soslaw.com