THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARIA UCHYTIL,<br><br>    Plaintiff,<br><br>    v.<br><br>AVANADE, INC., a Washington corporation, *et al.*,<br><br>    Defendants. | CASE NO. C12-2091-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding acceptance of service and extension of time to respond to complaint (Dkt. No. 90). The motion is GRANTED. Per the stipulation:

1.  Defendants Avanade Inc., Avanade Federal Services LLC, and Accenture Federal Services LLC have agreed to accept original service of the amended complaint via their counsel, Angelo J. Calfo.  Service of the amended complaint shall be deemed effective as of February 14, 2017.

2.  The deadline for Defendants Avanade Inc., Avanade Federal Services LLC, and Accenture Federal Services LLC to answer or otherwise respond to the amended complaint shall be 60 days from the date of this order.

DATED this 14th day of February 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk