THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America,<br><br>Plaintiff,<br>v.<br><br>AVANADE INC., a Washington corporation; AVANADE FEDERAL SERVICES, a Delaware corporation; and ACCENTURE FEDERAL SERVICES LLC, a Delaware limited liability corporation,<br><br>Defendants. | CASE NO. C12-2091-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion (Dkt. No. 97) to renote Defendants' motion to dismiss (Dkt. No. 93) is GRANTED. The Clerk is directed to RENOTE the motion to dismiss (Dkt. No. 93) for Friday, May 19, 2017.

//

//

//

MINUTE ORDER C12-2091-JCC
PAGE - 1

1     DATED this 10th day of May 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk