THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America,<br><br>        Plaintiff/Relator,<br>  v.<br><br>AVANADE INC., a Washington corporation; AVANADE FEDERAL SERVICES, a Delaware corporation; and ACCENTURE FEDERAL SERVICES LLC, a Delaware limited liability corporation,<br><br>        Defendants. | CASE NO. C12-2091-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion to extend the deadline to file a second amended complaint (Dkt. No. 103) is GRANTED. The deadline is EXTENDED until August 7, 2017.

DATED this 1st day of August 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER C12-2091-JCC
PAGE - 1