1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA UCHYTIL, on behalf of the
United States of America,

         Plaintiff/Relator,

   v.

AVANADE INC., a Washington
corporation; AVANADE FEDERAL
SERVICES, a Delaware corporation;
and ACCENTURE FEDERAL
SERVICES LLC, a Delaware limited
liability corporation,

        Defendants.

CASE NO. C12-2091-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

The parties' stipulated motion to extend the deadline for Defendants to respond to the

second amended complaint (Dkt. No. 106) is GRANTED. The deadline is EXTENDED until

August 28, 2017.

//

//

//

DATED this 15th day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk