UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America, | CASE NO. C12-2091-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AVANADE INC., a Washington corporation, AVANADE FEDERAL SERVICES, a Delaware corporation, and ACCENTURE FEDERAL SERVICES LLC, a Delaware limited liability corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend the time for expert discovery (Dkt. No. 132). Pursuant to the stipulation, the Court hereby EXTENDS the time for expert discovery as follows: (i) Relator's expert report(s), if any, shall be served no later than March 2, 2018; (ii) Defendants' expert report(s), if any, shall be served no later than March 30, 2018; (iii) Relator's rebuttal expert report(s), if any, shall be served no later than April 16, 2018; and (iv) all expert depositions, if any, shall conclude no later than April 30, 2018. All other case management dates remain unchanged.

1

2     DATED this 23rd day of February 2018.

3                                             <u>William M. McCool</u>
                                              Clerk of Court
4
                                              <u>s/Tomas Hernandez</u>
5                                             Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C12-2091-JCC
PAGE - 2