THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARIA UCHYTIL, <br><br> Plaintiff, <br><br> v. <br><br> AVANDE INC., a Washington corporation, AVANDE FEDERAL SERVICES LLC, a Delaware limited liability corporation, ACCENTURE FEDERAL SERVICES LLC, a Delaware limited liability corporation, <br><br> Defendants. | CASE NO. C12-2091-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline to depose experts (Dkt. No. 146). Pursuant to this stipulation, the Court ORDERS that the deadline for expert discovery is hereby EXTENDED from April 30, 2018 to May 10, 2018 for the purposes of deposing experts Robert Zeidman and Avram Tucker.

//

//

//

MINUTE ORDER
C12-2091-JCC
PAGE - 1

1       DATED this 24th day of April 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk