THE HONORABLE JOHN C. COUGHENOUR

THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America, | CASE NO. C12-2091-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AVANDE INC., a Washington Corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation regarding a briefing schedule for cross-motions for summary judgment and modified page limits (Dkt. No. 148). Local Rule 7(k) provides for an expedited briefing schedule and enlarged response briefs. W.D. Wash. Local Civ. R. 7(k). This rule does not provide for the filing of an enlarged motion, and motions to file over-length motions are disfavored by the Court. *Id.* at 7(f). Therefore, the Court APPROVES the parties' stipulation regarding filing dates, but ORDERS the following regarding length of filings:

1. Defendants' motion for summary judgment shall not exceed 24 pages.
2. Plaintiff's combined opposition and cross motion shall not exceed 38 pages.

MINUTE ORDER C12-2091-JCC
PAGE - 1

MINUTE ORDER C12-2091-JCC
PAGE - 1

3. Defendants' opposition to Plaintiff's cross-motion shall not exceed 18 pages.

DATED this 8th day of May 2018.

William M. McCool<br>Clerk of Court

s/Tomas Hernandez<br>Deputy Clerk