THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America,<br><br>Plaintiff,<br>v.<br><br>AVANADE INC., a Washington corporation; AVANADE FEDERAL SERVICES, a Delaware corporation; and ACCENTURE FEDERAL SERVICES LLC, a Delaware limited liability corporation,<br><br>Defendants. | CASE NO. C12-2091-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Clerk is directed to RENOTE Defendants' motion to for summary judgment (Dkt. No. 157) for Friday, June 29, 2018, in accordance with Local Civil Rule 7(k). The Court also DIRECTS the Clerk to RENOTE Defendants' motions to exclude testimony (Dkt. Nos. 152, 154) for Friday, June 29, 2018.

//

//

DATED this 25th day of June 2017.

          <u>William M. McCool</u>
          Clerk of Court

          <u>s/Tomas Hernandez</u>
          Deputy Clerk

MINUTE ORDER
C12-2091-JCC
PAGE - 2