THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.* MARIA UCHYTIL,

        Plaintiff/Relator,

  v.

AVANDE INC., a Washington corporation, *et al.*,

        Defendants.

CASE NO. C12-2091-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion (Dkt. No. 195) to substitute Exhibit BE to the Declaration of Mark P. Walters (Dkt. No. 180) filed in support of Relator's opposition to and cross-motion for summary judgment. The Court GRANTS the stipulated motion (Dkt. No. 195). Relator may file an unredacted version of Exhibit BE under seal, in accordance with this Court's prior order regarding the sealing of Relator's exhibits (Dkt. No. 193).

//

//

//

MINUTE ORDER
C12-2091-JCC
PAGE - 1

1      DATED this 12th day of July 2018.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk

MINUTE ORDER
C12-2091-JCC
PAGE - 2