THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, an individual on behalf of the United States of America,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>AVANDE, a Washington Corporation, *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO. C12-2091-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' stipulation to set a new trial date (Dkt. No. 203). The trial in the above-captioned matter is currently scheduled to begin September 10, 2018. (Dkt. No. 24.) Due to scheduling conflicts, this trial date is unavailable. The Court ORDERS that the jury trial in this case be CONTINUED to Monday, November 5, 2018 at 9:30 a.m.

　　　　The Court further ORDERS that trial briefs, proposed voir dire, proposed jury instructions, and proposed verdict forms shall be submitted no later than Monday, October 22, 2018. Objections or responses to these filings shall be due by Wednesday, October 24, 2018. Regarding the proposed jury instructions, the parties shall indicate which instructions they agree

upon and which instructions are contested, along with the basis for challenging each contested instruction. Motions in limine must be filed by Friday, September 28, 2018. Objections to motions in limine are due by Wednesday, October 3, 2018.

DATED this 6th day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk