THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America, <br><br> Plaintiff, <br><br> v. <br><br> AVANADE INC., a Washington corporation, *et al.*, <br><br> Defendants. | CASE NO. C12-2091-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to strike the trial date due to settlement (Dkt. No. 218). The Court hereby GRANTS the motion. The Court STRIKES the trial date of November 5, 2018 and all existing pretrial deadlines. The parties are DIRECTED to file a joint status report no later than 30 days from the date of this order.

DATED this 27th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
