THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America,<br><br>Plaintiff,<br><br>v.<br><br>AVANADE INC., a Washington corporation, *et al.*,<br><br>Defendants. | CASE NO. C12-2091-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On October 26, 2018, the parties in this matter filed a joint status report to appraise the Court of the status of the Government's review of the parties' settlement agreement. (Dkt. No. 222.) The joint status report states that the Government requires additional time to review the settlement. (*Id.*) The parties have requested that the Court set a deadline of November 27, 2018 to file a new joint status report. (*Id.*) Pursuant to the parties' request, the Court ORDERS that the parties shall file a joint status report regarding the status of the Government's review of the settlement no later than November 27, 2018.

\\

\\

1   DATED this 29th day of October 2018.

2              William M. McCool
               Clerk of Court
3

4              s/Tomas Hernandez
               Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C12-2091-JCC
PAGE - 2