UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America, | CASE NO. C12-2091-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AVANADE INC., a Washington corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second joint status report (Dkt. No. 224). Pursuant to the parties' joint request, the parties are DIRECTED to file a motion for approval of the settlement agreement or a joint status report informing the Court of the status of the Government's review of the parties' settlement by December 21, 2018.

DATED this 28th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk