THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America,<br><br>              Plaintiff,<br>   v.<br><br>AVANADE INC., a Washington corporation, *et al.*,<br><br>              Defendants. | CASE NO. C12-2091-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' third joint status report (Dkt. No. 226). Pursuant to the parties' joint request, the parties are DIRECTED to file a motion for approval of the settlement agreement or a joint status report informing the Court of the status of the Government's review of the parties' settlement by January 18, 2019.

DATED this 27th day of December 2018.

                                                    William M. McCool
                                                    Clerk of Court

                                                      s/Tomas Hernandez
                                                      Deputy Clerk