THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America, | CASE NO. C12-2091-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AVANADE INC., a Washington corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and request for time to file documents related to the settlement and dismissal of this action (Dkt. No. 228). Having thoroughly considered the joint status report and relevant record, the parties are hereby ORDERED to file a motion for approval of the settlement agreement and for dismissal of this action on or before January 25, 2019.

DATED this 22nd day of January 2019.

//

//

//

MINUTE ORDER
C12-2091-JCC
PAGE - 1

1   William M. McCool
    Clerk of Court

2   s/Tomas Hernandez
3   Deputy Clerk
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MINUTE ORDER
C12-2091-JCC
PAGE - 2