THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America,<br><br>                        Plaintiff/Relator,<br><br>   v.<br><br>AVANADE INC., a Washington corporation, *et al.*,<br><br>                        Defendants. | CASE NO. C12-2091-JCC<br><br>ORDER |

      This matter comes before the Court on the parties' stipulated motion to approve settlement (Dkt. No. 231). On September 26, 2018, the parties notified the Court that they had reached a settlement. (Dkt. No. 218.) On January 10, 2019, the United States Department of Justice notified counsel for Defendants that it would not object to the settlement. (Dkt. No. 231.) The Court FINDS that the parties' settlement agreement is fair, adequate, and reasonable under all the circumstances. Therefore, the Court GRANTS the parties' stipulated motion to approve settlement (Dkt. No. 231) and hereby APPROVES the settlement.

//

//

//

//

ORDER
C12-2091-JCC
PAGE - 1

1       DATED this 30th day of January 2019.

*[Signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C12-2091-JCC
PAGE - 2