UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA UCHYTIL, on behalf of the United States of America,<br><br>Plaintiff/Relator,<br><br>v.<br><br>AVANADE INC., a Washington corporation, *et al*.,<br><br>Defendants. | CASE NO. C12-2091-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss the case (Dkt. No. 230). Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court GRANTS the parties' stipulated motion to dismiss. This action is DISMISSED with prejudice in its entirety as to the Relator, with each party to bear its own attorneys' fees, costs, and expenses, except as otherwise provided by agreement of the parties.

//

//

//

//

1       DATED this 30th day of January 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C12-2091-JCC
PAGE - 2